IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

BRIDGEPORT MUSIC, INC. )
)
v. ) No. 3:01-1150
) JUDGE CAMPBELL
RONDOR MUSIC INTERNATIONAL, )
INC., ET AL. )

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 109), entered May 31, 2006, to which no objections have been filed. The Court has reviewed the Magistrate Judge's findings and the record.

The Magistrate Judge's Report and Recommendation (Docket No. 109) is ADOPTED and APPROVED. Accordingly, Plaintiff's Motion for Judgment by Default Against Defendant Knowsavage Records (Docket No. 98) is GRANTED. By contemporaneous Order, the Court shall enter default judgment against Defendant Knowsavage Records.

This case shall continue against the remaining Defendants, Rondor Music International, Inc. and Irving Music, Inc.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE