IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

BRIDGEPORT MUSIC, INC., et al.     )
                                    )
v.                                  ) No. 3:01-1150
                                    ) JUDGE CAMPBELL
IRVING MUSIC, INC., et al.          )

ORDER

Pending before the Court are a Report and Recommendation of the Magistrate Judge (Docket No. 168) and Objections filed by the Plaintiff (Docket No. 169).

The Court has reviewed the Report and Recommendation, the Objections, and the file. The Objections of the Plaintiff are overruled, and the Report and Recommendation is adopted and approved.

Accordingly, Defendants' Motion for Attorneys' Fees and Nontaxable Costs (Docket No. 148) is GRANTED in part and DENIED in part. Defendants shall be awarded against the Plaintiff attorneys' fees in the amount of $52,357.99 and costs in the amount of $3,920.

This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

*Todd Campbell*
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE